UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAMMY A. BUNCH,

                    Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

Case No. C11-1560-RAJ-BAT

**REPORT AND
RECOMMENDATION**

Tammy A. Bunch seeks review of the denial of her for Disabled Widow's Benefits under Title II of the Social Security Act.. Dkt. 3. The parties stipulate the case should be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

Upon remand, the Administrative Law Judge ("ALJ") shall hold a de novo hearing where Ms. Bunch may appear, testify, and submit additional evidence and arguments. The ALJ shall consider her carpal tunnel syndrome and its effects; evaluate the medical opinions of record; further evaluate her credibility and residual functional capacity; reassess whether she can perform any past relevant work consistent with SSR 96-8p, SSR 82-62, and SSR 92-61; and if necessary, obtain vocational expert testimony to determine whether she can perform other work. The ALJ shall issue a de novo decision, and those other aspects of the ALJ's prior decision not

REPORT AND RECOMMENDATION - 1

1  specifically addressed here are not specifically affirmed.

2      Because the parties have stipulated that the case be remanded as set forth above, the Court

3  recommends that United States District Judge Richard A. Jones immediately approve this Report

4  and Recommendation and order the case **REVERSED** and **REMANDED** for further

5  administrative proceedings.  A proposed order accompanies this Report and Recommendation.

6      DATED this 7th day of March, 2012.

7

8

9                              BRIAN A. TSUCHIDA
                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2